IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD BYRD et al.,<br><br>   *Plaintiffs,*<br><br>v.<br><br>ALLSTATE VEHICLE & PROPERTY INS. CO.,<br>   *Defendant.* | CIVIL ACTION<br><br>NO. 24-4460 |

# ORDER

**AND NOW**, this 4th day of March 2025, upon consideration of Plaintiffs' First Amended Complaint (ECF No. 6), Allstate Vehicle & Property Insurance Co.'s Partial Motion to Dismiss (ECF No. 8), and Plaintiffs' Response (ECF No. 9), it is hereby **ORDERED** that Allstate's Motion is **GRANTED.** Count II against Allstate is **DISMISSED without prejudice**.

Plaintiffs may file a Second Amended Complaint on or before **Thursday, March 20, 2025.**

                 BY THE COURT:

                 ***/s/ Gerald J. Pappert***
                 Gerald J. Pappert, J.